TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

November 15, 2019

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

BY ECF

       Re: United States v. Geutys Laureano
          10 Cr. 768 (PAE)

Dear Judge Engelmayer:

  This office was recently retained by defendant Geutys Laureano ("Laureano") to represent him in the above referenced matter. The case is currently scheduled for a status conference before the Court on November 20, 2019. By this letter, Laureano respectfully request a brief adjournment of the conference to December 2, 2019 at 2:45 pm. This adjournment will allow counsel to review the case and provide informed advice to Laureano. Defendant consents to exclusion of the time from November 20, 2019 to December 2, 2019 from Speedy Trial Act calculation. The government, by Assistant United States Attorney Samuel Rothschild, consents to this application.

  Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*

Sanford Talkin

cc: AUSA Samuel Rothschild (by ECF)

**GRANTED.** The hearing is adjourned to December 2, 2019 at 2:45 p.m. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), December 2, 2019. The Clerk of Court is requested to terminate the motion at Dkt. No. 11. SO ORDERED

11/18/2019

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge