**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

| MARYLAND OFFICE: | NEW JERSEY OFFICE: |
|---|---|
| 5100 DORSEY HALL DRIVE | 79 MAIN STREET |
| SUITE 100 | SUITE ONE |
| ELLICOTT CITY, MD 21042 | HACKENSACK, NJ 07601 |
| 410-964-0300 | 201-342-6665 |

November 25, 2019

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

BY ECF

                Re:    United States v. Geutys Laureano
                      10 Cr. 768 (PAE)

Dear Judge Engelmayer:

        Defendant Geutys Laureano ("Laureano") is currently scheduled for a status conference before the Court on December 2, 2019 at 2:45 pm. Unfortunately, I have a funeral to attend at the same time. For this reason, Laureano respectfully requests an adjournment of the conference to December 4, 2019 at 2:30 pm. Defendant consents to exclusion of the time from December 2, 2019 to December 4, 2019 from Speedy Trial Act calculation. The government, by Assistant United States Attorney Samuel Rothschild, consents to this application.

        Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:    AUSA Samuel Rothschild (by ECF)

**GRANTED.** The hearing is adjourned to December 4, 2019 at 2:30 p.m. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until December 4, 2019. The Clerk of Court is requested to terminate the motion at Dkt. No. 16.

SO ORDERED.

11/26/2019

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge