TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

December 3, 2019

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

BY ECF

         Re: United States v. Geutys Laureano
            10 Cr. 768 (PAE)

Dear Judge Engelmayer:

   Defendant Geutys Laureano ("Laureano") is currently scheduled for a status conference before the Court on December 4, 2019 at 2:30 pm. The government has provided Laureano with a *Pimentel* letter and he is considering pleading guilty to the Indictment. However, the finalization of this decision will require a few more discussions with counsel. For this reason, Laureano respectfully requests an adjournment of the conference to December 20, 2019 at 2:30 pm. Defendant consents to exclusion of the time from December 4, 2019 to December 20, 2019 from Speedy Trial Act calculation. The government, by Assistant United States Attorney Samuel Rothschild, consents to this application.

   Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*

Sanford Talkin

  cc: AUSA Samuel Rothschild (by ECF)

**GRANTED.** The conference is adjourned to December 20, 2019 at 2:30 p.m. For the reasons stated above, time is excluded, pursuant to U.S.C. § 3161(h)(7)(A), until December 20, 2019. The Clerk of Court is requested to terminate the motion at Dkt. No. 18.

12/4/2019

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge