# TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.

40 EXCHANGE PLACE
18th FLOOR
NEW YORK, NEW YORK 10005

PHONE: (212) 482-0007
FAX: (212) 482-1303
www.talkinlaw.com
email:info@talkinlaw.com

| Maryland Office: | New Jersey Office: |
|---|---|
| 5100 Dorsey Hall Drive | 2500 Plaza 5 |
| Suite 100 | Harborside Financial Center |
| Ellicott City, MD 21042 | Jersey City, NJ 07311 |
| (410) 964-0300 | (201) 342-6665 |

May 8, 2020

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

BY ECF

        Re:    United States v. Geutys Laureano
                   10 Cr. 768 (PAE)

Dear Judge Engelmayer:

        Defendant Geutys Laureano ("Laureano") is at liberty on a bond that contains numerous conditions including home confinement with permission to work and travel restrictions. Because of the COVID 19 precautions in effect in New York, Laureano has not been able to work because his employment was not deemed "essential". For this reason, he has sought new employment as an Uber/Uber Eats driver. Laureano respectfully requests that he permitted to work as a driver. Pretrial Services, by United States Pretrial Officer Bernisa Mejia, consents to this application so long as Laureano continues to abide by his current travel restrictions (including avoiding the Ozone Park neighborhood). The government, by Assistant United States Attorney Samuel Rothschild, defers to Pretrial's position.

        Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*

Sanford Talkin

cc:    AUSA Samuel Rothschild (by ECF)
       USPTO Bernisa Mejia (by ECF)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 31.

SO ORDERED.       5/19/2020

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge