```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,                       :
                                                :
               -v-                              :     10-CR-768 (PAE)
                                                :
GEUTYS LAUREANO,                                :     SCHEDULING ORDER
                                                :
                       Defendant.               :
                                                :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

      The Court has scheduled sentencing in this case for **August 12, 2020** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      Attached to this order is the link for use by the attorneys and Mr. Laureano in order to fast track entrance into the building on the day of the conference.

      SO ORDERED.

Dated: August 4, 2020
       New York, New York

                                             PAUL A. ENGELMAYER
                                             United States District Judge

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.