**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

September 1, 2022

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

BY ECF

        Re:    United States v. Geutys Laureano
                 10 Cr. 768 (PAE)

Dear Judge Engelmayer:

       On August 12, 2020, the Court sentenced defendant Geutys Laureano ("Laureano") to time served and two years of supervised release (the first three months of which were served under home confinement). Laureano has now completed his supervised release. By this letter, he respectfully requests that the Court issue an order permitting Probation and/or Pretrial Services to release his passport.

       Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 42.

9/22/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge